UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Kervens Datus

Vs.

Anrone Moniz, Superintendent of
Plymouth Ma County Jail
David Wesling, Acting field office director,
Boston field office ERO
Todd Lyons, Director of ICE
Markwayne Mullin, Secretary of DHS
Todd Blanche, Acting Attorney
Respondent,

No. Writ habeas corpus petition

# PETITION FOR WRIT OF HABEAS CORPUS

## INTRODUCTION

Petitioner, Kervens Datus, petitions this Court for a Writ of habeas corpus to remedy Petitioner's prolonged detention by Respondents. Petitioner submits this Memorandum of Law in Support of the petition for Writ of Habeas Corpus. Petitioner came into custody august 18, 2025 for deportation proceedings based on expired parole. Petitioner requesting this court to grant him a bond hearing for he has been in custody for almost a year. Petitioner is in appeals court because an immigration court denied his asylum and withholding of removal. It's uncertain when he will be hear back from the BIA and being held 11 months and some days with a bond hearing is unconstitutional because immigration proceedings is civil and a right to his freedom and liberty while his fight his deportation proceeding. The Supreme

Court has emphasized that freedom from imprisonment-government custody, detention, or other forms of physical restraint-lies at the heart of the liberty that [Due Process Clause protects."*Zadvydas,*533 U.S. at 600,121 S. Ct.2491.

## JURISDICTION

This action arises under the Constitution of United States and the Immigration and Nationality Act (INA), 8 U.S.C. § 1101.

This court has jurisdiction under 28 U.S.C §2241 (c) (3) because petitioner is in federal custody in violation of the Constitution and laws of the United States.

Venue is proper in this District because petitioner is detained within the district of Massachusetts and respondents exercise legal control over his custody.

28 U.S.C. § 2241 "authorizes a district court to grant a writ of habeas corpus whenever a petitioner is 'in custody in violation of the constitution or laws or treaties of the United States.' " *Wang v. Ashcroft,* 320 F.3d 130, 140 (2d Cir. 2003) (quoting 28 U.S.C. § 2241 (c) (3). "When a petitioner brings a habeas petition [under section] 2241, the petitioner 'bears the burden of proving that he is being held contrary to law: and because the habeas proceeding is civil in nature, the petitioner must satisfy his burden of proof by the preponderance of the evidence.' " Dzhabrailov v. Decker, 2020 WL 2731966 at (S.D.N.Y. May 26, 2020) (quoting *Pinkney v. Kearse,* 920 F.2d 1090, 1093 (2d Cir. 1990)

## REQUIREMENTS OF 28 U.S.C. § 2243

The Court must grant the petition for writ of habeas corpus or issue an order to show cause (OSC) to the respondents "Forthwith," unless the petitioner is not entitled to relief. 8 U.S.C. § 2243. If an order to show cause is issued, the Court must require respondents to file a return "within *three days* unless for good cause additional time, not exceeding twenty days, is allowed."

Courts have long recognized the significance of the habeas statute in protecting individuals from unlawful detention. The great Writ has been referred to as "perhaps the most important writ known to the Constitutional law of England, affording as it does a swift and imperative remedy in all cases of illegal restraint or confinement." *Fay v. Noia,* 372 U.S. 391, 400 (1963).

## PARTIES

Petitioner Kervens Datus is citizen of Haiti, He is 24 years old, who is currently detained at Plymouth County Correction Facility 26 Long Pond Road Plymouth, Ma 02360. He is under the direct control of the respondents.

Respondent David T. Wesling is the Acting Field Office Director of ICE and removal operations in Burlington MA. He is responsible for the direction of many workers within enforcement and removal operations in Massachusetts.

David Wesling assigned the location of custody of Petitioner and is a jailer of fact. David T. Wesling service address is ERO-ICE Boston field office, 1000 District Ave Burlington MA, 01803

Jailer of the petitioner is superintendent, Antone Moniz, his service address is 26 Long Pond Road, Plymouth MA,02360

Respondent Todd Lyons is Acting director of immigrations and Customs Enforcement, his service address is 500 12th street SW, Washington DC 20024

Respondent Markwayne Mullin is Secretary of Department of Homeland Security, who

recently replaced Kristi Noem. The service address is 5900 Capital Gateway Drive, MS 2120, Camp Springs MD 20588

Respondent Todd Blanche is Attorney General of the United States Department of Justice, who recently replace Pam Bondi. His service address is 950 Pennsylvania Ave, NW Washington DC 20530.

## BACKGROUND

Petitioner born April 11, 2002, came to the United States at the age of 14 years old, through Haitian parole program in May 5, 2016.

Petitioner came in the U.S. with his father and 4 sisters to stay with our grandmother Tipole Fidele who was a U.S. citizen and my aunty also, because we wanted a better life and was scared to be persecuted in my country.

After I moved to the united states I started school at Tech Boston Academy in 2016 but because I was getting jump by American kids at school I changed school but the same kids I used to get jump by there were still after me so I jumped out school because of but in 2025 I went back to school which was at Madison park I finish school there a month before ICE took me from court.

I was at the court because my ex-girlfriend who thought I was cheating on her posted me on a app called tea app, I texted her to take it off she was just laughing at me, one of my girl best friend take my phone and text her said if she don't take it off she would get her jumped and exposed as well, my ex girlfriend call the police, the police went to my house say they have paper work for me to sight I contact my lawyer about it he told me not to go there but because I didn't want no trouble I went there the officers said there were going to take me to court I said okay ever since ~~June~~ aug 13, I got to the court because the court didn't have no lawyer for me I had to wait in jail for 3 days until Monday which was in the ~~June~~ aug 18 when the judge tell the Brooklyn court to release me, that's when ICE came and took me from the court and cut off

the bracelet the judge order to put me on, ever since the assault and threat case been open they don't want to close it, they said because the bracelet was cut off and didn't heard of me for a month when I had my case worker contact the court and she said they said I was fine, I have been detain since august 13, 2025.

I had 3 years to filed for my green card before my parole could expired, my green card application got denied because my spouse at the time had a misunderstood in his application but because his application got denied, mine got denied as well I was 14,15 at the time and didn't know anything about the country at all, so I didn't know about all off those until I was an adult but then it was already late.

## ARGUMENTS

Petitioner got originally got a bond hearing on February 2026 and the immigration judge stated he had a pending deportation proceedings as reason to deny his bond hearing. Such a reason is an insufficient reason to deny bond because petitioner deportation hearing is the reason why his in immigration court in the first place requesting a bond while his proceedings continues. It's akin to someone charged with a crime and the judge denying him bond because his been charged with a crime, it makes no sense.

Petitioner doesn't have a final order of removal since his removal is pending in the BIA therefore they don't have a legal reason to hold petitioner in custody. The length of petitioner's detention is arguably unconstitutional, since the purpose of immigration custody is to effectuate a noncitizen's removal. Petitioner is still fighting his immigration case and therefore its purpose is non-existing.

Petitioner request his release from custody an alternative of a bond hearing. Petitioner feels he won't get a justifiable bond hearing given the first one he got was denied because the judge said " he's in deportation proceedings" which is an insufficient reasoning, and feels he will get a similar unjustifiable reasoning.

## Prayer for relief

Wherefore petitioner ask this court to grant the following:

**a. An order prohibiting the petitioner's continuing in custody and prohibiting the petitioner from being taken from Massachusetts**

**b. a writ of habeas corpus ordering that petitioner be released from custody or provide him a bond hearing.**

**c. Court grant petitioner to represented by Counsel to proceed with this petition, for equal access to justice act**

# CERTIFICATE OF SERVICE

I, hereby state that I have served all parties named in this petition by USPS mail to the addresses provided below.

David Wesling service address is ERO-ICE Boston field office, 1000 district avenue, Burlington Ma 01803

Mark J. Anzelmo, Assistant Field Office Director, service address 275 Chestnut St. Manchester, NH 03101 Norris Cotton Federal building Manchester, NH Field Office ERO

Jailer of the petitioner super intendent Antone Moniz, service address 26 long pond road, Plymouth Ma, 02360

Respondent Todd Lyons, Acting Director of ICE, service address 500 12th street SW Washington DC,20024

Respondent Markwayne Mullin is Secretary of Department of Homeland Security, who recently replaced Kristi Noem, service address is 5900 Capital Gateway Drive, MS 2120, Camp Springs MD 20588

Respondent Todd Blanche is Attorney General of the United States Department of Justice who recently replace Pam Bondi. His service address is 950 Pennsylvania Ave, NW Washington DC, 20530.

26 Long Pond Rd.

Plymouth MA,02360

A# 0646922228

Pro Se petitioner-plaintiff

7/17/26 Signed ________________________________________