**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

KERVENS DATUS,

Petitioner,

v.

ANTONE MONIZ, et al.,

Respondents.

No. 1:26-cv-13379-RGS

## STATUS REPORT

Pursuant to the Court's Order, Petitioner received a bond hearing on August 3, 2026. The Immigration Judge ordered that the bond be denied due to Petitioner's flight risk. See attached the bond order setting forth the date and outcome of Petitioner's bond hearing.

Dated: August 6, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Benjamin Tolkoff*

BENJAMIN TOLKOFF
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3100
Email: benjamin.tolkoff@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: August 6, 2026

By: */s/ Benjamin Tolkoff*
BENJAMIN TOLKOFF
Assistant United States Attorney