**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

KERVENS DATUS,

Petitioner,

v.

ANTONE MONIZ, *et al.*,

Respondents.

Civil Action No. 26-cv-13379-RGS

**MOTION TO RECONSIDER**

Respondents respectfully request that the Court reconsider its Order of release. Petitioner is not yet subject to a final order of removal and his detention is governed by 8 U.S.C. § 1226, not § 1231.

Petitioner was ordered removed from the United States in November 2025. He then appealed that order to the Board of Immigration Appeals ("BIA"). His appeal is still pending. He is not being held because the government is struggling to remove him. He is being detained pending the resolution of an appeal that he filed and could withdraw at any time he chooses. Until that appeal is resolved, his order of removal is not final and the holding of *Zadvydas* and its framework do not apply to this case. If Petitioner's appeal is resolved against him, only then does the six-month clock envisioned by the *Zadvydas* Court start to run. Until then, Petitioner is being detained because of the appeal that he – not the government – is pursuing.

Therefore, in view of the reasoning set forth in *Zadvydas*, it is inaccurate to conclude that there is no significant likelihood of removal in the reasonably foreseeable future. Rather, it is highly likely that, when Petitioner's appeal is resolved (if it is denied), he will be removed without delay.

Dated: November 19, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Ben Tolkoff*
BENJAMIN TOLKOFF
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3183
Email: Benjamin.Tolkoff@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Benjamin Tolkoff, Assistant United States Attorney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: November 19, 2026

By: */s/ Ben Tolkoff*
BENJAMIN TOLKOFF
Assistant United States Attorney